UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID RICE,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-01026 |
| VERSUS | JUDGE DRELL |
| USA, *ET AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc 19), and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Respondent's Motion to Dismiss (Doc. 12) is GRANTED and Rice's § 2241 Petition (ECF No. 1) is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Rice's claim.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ND day of December, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT